UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
JEFFREY ARTHUR HERVEY  
ELFRIEDE KLARA HERVEY

CASE NO. 04-47609-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

Debtors

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JEFFREY ARTHUR HERVEY ELFRIEDE KLARA HERVEY 15203 WARWICK ALLEN PARK, MI 48101-0000 SSN: XXX-XX-5874 or XXX-XX-7501 | N/A | N/A | DEBTOR REFUND | 1319406 | 11/10/10 | $ 1.92 |

DATED: November 17, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930      6049131
DETROIT, MICHIGAN 48231-1930

0447609  00000  017414  1319406
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

### OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 11/10/2010                                                                                       Check No: 1319406
Payee: CLERK OF US BANKRUPTCY COURT

| 0447609 | JEFFREY ARTHUR HERVEY & ELFRIEDE KLARA HERVEY | | 1.92 | 0.00 | 1.92 |
|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

CHECK NO. 1319406
SunTrust Bank

FOR  JEFFREY ARTHUR HERVEY and ELFRIEDE KLARA HERVEY
BK:0447609  ACCT:
PRIN:    1.92   INT:   0.00

DATE  Nov 10, 2010
AMOUNT
**********1.92

PAY  **1.92**
ONE PERCO NINE TWO
One And 92 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $1.92
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

Tammy L. Terry
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

JEFFREY ARTHUR HERVEY
ELFRIEDE KLARA HERVEY

CASE NO. 04-47609-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

_____Debtors_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**ACCLAIM LEGAL SERVICES
26200 LAHSER ROAD
SUITE 330
SOUTHFIELD, MI 48033**

**Last Known Address for Debtors:**

**JEFFREY ARTHUR HERVEY
ELFRIEDE KLARA HERVEY
15203 WARWICK
ALLEN PARK, MI 48101**

DATED: November 17, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226